**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ANDREW HARRIS, | * | |
| | * | Civil Action No. |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| LUIS VERA, MACCOVEY S MALABRE, | * | |
| EASTERN DRAYAGE, INC. | * | JUNE 26, 2017 |
| | * | |
| Defendants. | * | |

### NOTICE OF REMOVAL OF ACTION FROM THE SUPERIOR COURT OF CONNECTICUT, JUDICIAL DISTRICT OF NEW HAVEN, TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT PURSUANT TO 28 U.S.C §§ 1441 and 1446

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C §§ 1441 and 1446, the defendants, LUIS VERA, MACCCOVEY S MALABRE, and EASTERN DRAYAGE, INC. (hereinafter referred to as "the defendants") by and through their attorneys, hereby remove the above-captioned case from the Superior Court of Connecticut, Judicial District of New Haven and in support of removal, states as follows:

1. This case is currently pending in the Superior Court of Connecticut, judicial district of New Haven under case number NNH-CV-17-6071575-S. The territory assigned to the United States District Court for the District of Connecticut under 28 U.S.C. § 86 includes the County of New Haven, where the plaintiff is alleged to be located.

2. Plaintiff's counsel confirmed, in writing on June 26, 2017, that the amount in controversy exceeds Seventy-Five Thousand ($75,000) Dollars, exclusive of interests and costs.

3. A copy of plaintiff's Summons and Complaint has yet to be served on the defendant, Luis Vera.

4. A copy of the Summons and Complaint was served on Malabre S. Maccovey by certified mail on or about May 22, 2017. A copy of the Summons and Complaint is attached as Exhibit A pursuant to 28 U.S.C. § 1446(a).

5. A copy of the Summons and Complaint was served on Eastern Drayage by certified mail on or about May 16, 2017.

6. The thirty (30) day period within which the defendants may petition this Court for removal under 28 U.S.C. § 1446(b) has not yet expired and, therefore, the Notice of Removal is filed within the time allowed by law.

7. By this action, the plaintiff who was allegedly injured in a motor vehicle accident, asserts various claims of negligence against all defendants.

8. Upon information and belief, the plaintiff, Andrew Harris resides at 86 Twilight Drive, Madison, Connecticut.

9. The defendant, Eastern Drayage, Inc. has its principal place of business located at 10 Jabez Street, #160, Newark, New Jersey.

10. Upon information and belief, the defendant, Luis A. Vera lives at 1115 82nd Street, Rear, North Bergen, New Jersey 07047.

11. Upon information and belief, the defendant, Malabre S. Maccovey lives at 17 Sycamore Blvd, #1, Wingdale, New York 12594.

12. The Court has original (diversity) jurisdiction over this case pursuant to 28 U.S.C. § 1332(a) as the amount in controversy exceeds Seventy-Five Thousand ($75,000) Dollars, exclusive of interests and costs, and the plaintiff and defendants are citizens or entities of different states.

13. None of the defendants have previously sought to remove this action and there are no pending motions in State Court requiring the Court's attention.

14. All counsel consent to the removal of this matter to Federal Court.

15. After this Notice of Removal is filed, written notice of the filing of this Notice of Removal will immediately be given to all parties. Notice of this Removal will also be filed simultaneously in the Superior Court of Connecticut, Judicial District of New Haven.

WHEREFORE, the defendants, request that this case be removed from the Connecticut Superior Court, Judicial District of New Haven to this Court.

Respectfully submitted,<br>
FOR THE DEFENDANTS<br>
<br>
By: _____<br>
Elycia D. Solimene (CT 25715)<br>
Solimene & Secondo, LLP<br>
1501 East Main Street, Suite 204<br>
Meriden, Connecticut 06450<br>
(203) 599-0140<br>
Solimene&ss-llp.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2017, a copy of the foregoing was served by electronic mail & regular mail to the following:

*Thomas Virgulto*
*Hill & Hill*
*2E Samson Rock Drive, Meigswood*
*Madison, CT 06443*

Elycia D. Solimene

**EXHIBIT A**

**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov 

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☐ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven CT 06443 | ( 203 ) 503-6800 | July 4, 2017 |

| ☒ Judicial District   ☐ G.A. | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|
| ☐ Housing Session  Number: | New Haven | Major: V   Minor: 01 |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Thomas A. Virgulto, Esq., Hill & Hill, LLC, 2E Samson Rock Dr., Madison CT 06443 | 407319 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 203 ) 245-4900 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes  ☐ No | Email address for delivery of papers under Section 10-13 (If agreed to) tvirgulto@hill-hill.com |
|---|---|---|

Number of Plaintiffs: 1   Number of Defendants: 3   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: HARRIS, ANDREW<br>Address: 86 Twilight Drive, Madison CT 06443 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: VERA, LUIS A.<br>Address: 1115 82nd St., Rear, North Bergen, NJ 07047 | D-01 |
| Additional Defendant | Name: MACCOVEY S. MALABRE (NY D/L: 803832633)<br>Address: 17 Sycamore Blvd. #1, Wingdale, NY 12594 | D-02 |
| Additional Defendant | Name: EASTERN DRAYAGE, INC.<br>Address: 10 Jabez Street #160, Newark, NJ 07105 | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

**Notice to Each Defendant**

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☐ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left | Date signed |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

A TRUE COPY ATTEST:
GRANT CARRAGHER
CT STATE MARSHAL
NEW HAVEN COUNTY

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

### Instructions
1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:
   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Summary Process actions
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

 

| | | |
|---|---|---|
| RETURN DATE: | : | SUPERIOR COURT |
| ANDREW HARRIS | : | J. D. OF NEW HAVEN |
| VS. | : | AT NEW HAVEN |
| LUIS A. VERA, ET AL | : | MAY 8, 2017 |

## COMPLAINT

1. On May 15, 2017, at approximately 12:34 A.m., the Plaintiff, ANDREW HARRIS, was operating his 2004 Toyota Tundra automobile, in an Eastbound direction along northbound Interstate 95, a public highway located within the geographical boundary of the Town of Guilford, in between Exits 56 and 57 of said highway.

2. At all times mentioned herein, the Plaintiff was operating his motor vehicle in the right-hand of two travel lanes along said Interstate 95.

3. On said date and at said time and place, the Plaintiff had slowed his vehicle as a result of a previous rollover crash upon said same roadway.

4. On said date and at said time and place, the Defendant, MACCOVEY S. MALABRE, was operating a 2005 Peterbilt tractor trailer automobile, NJ Registration No. AM316Y, also in an Eastbound direction along northbound Interstate 95, directly behind the Plaintiff's vehicle.

5. At all times relevant herein, the vehicle operated by the Defendant, MACCOVEY S. MALABRE, was owned by the Defendant, LUIS A. VERA, doing business as the Defendant, EASTERN DRAYAGE, INC.

6. At all times relevant herein, the Defendant-Operator was operating said vehicle with the permission, and as agent of its principal, the Defendants, LUIS A. VERA and EASTERN DRAYAGE, INC.

7. At said time and place, the vehicle operated by the Defendant, MACCOVEY S. MALABRE, traveling in the right-hand lane of northbound traffic, suddenly and without warning, struck the rear of the Plaintiff's motor vehicle.

8. As a direct and proximate result of the force and impact of this collision, the Plaintiff was forcibly thrown about the interior of her vehicle in, thereby incurring the injuries and damages hereinafter described.

9. The direct and proximate cause of this collision was the carelessness and negligence of

the Defendant-operator, MACCOVEY S. MALABRE, and hence that of his principals, the Defendants, LUIS A. VERA and EASTERN DRAYAGE INC., in that:

(a) He operated the motor vehicle upon a public highway at an unreasonable rate of speed having due regard for the width, traffic and use of the highway, the intersection of the streets, and the weather conditions then and there prevailing in violation of C.G.S. Sections 14-218(a) and 14-219;

(b) He followed too closely to the vehicle directly in front of him, in violation of C.G.S. Section 14-240;

(c) He operated the motor vehicle when it was not equipped with adequate brakes to bring it to a controlled stop within the distance and under the conditions prescribed and when the brakes were not in good working order in violation of C.G.S. Section 14-80;

(d) He failed and neglected to steer and control the course and direction of the motor vehicle, so as to avoid colliding with the vehicle immediately in front of said vehicle, when in the exercise of reasonable and proper care, he could, would and should have done so;

(e) He failed and neglected to keep the motor vehicle under reasonable and proper control;

(f) He failed to keep a reasonable and proper lookout and to pay attention for other vehicles upon the roadway, or to where he was going;

(g) He failed to sound the horn or give a timely warning, or any warning whatsoever of the impending collision;

(h) He failed to turn the motor vehicle to the left or to the right, so as to avoid a collision, although by a reasonable and proper exercise of his faculties, he would, would and should have done so;

(i) He failed to apply the brakes in time so as to avoid a collision, although by a reasonable and proper exercise of his faculties, he would, would and should have done so.

10. As a direct and proximate result of the aforesaid negligence and carelessness of the Defendant, the Plaintiff, ANDREW HARRIS, suffered numerous and painful physical injuries, some or all of which may be permanent in duration or effect, including:

   (a) Cervicalgia;
   (b) Multifactoral neck pain;
   (c) C4-5 facet artrophy;
   (d) Myofascila pain;

    (e) Myalgia;
    (f) Myositis;
    (g) Paresthesia;
    (h) Stenosis C6-7;
    (i) Cervical strain/sprain;
    (j) Lumbar strains/sprain;
    (k) Thoracic strain/sprain;
    (l) Neck, back & shoulder pain;
    (m) Difficulty sleeping.

11. As a further direct and proximate result of the aforesaid negligence and carelessness of the Defendant, the Plaintiff, ANDREW HARRIS, was caused to incur bills for medical examination, care, treatment, physical therapy, surgery, and may be forced to continue incurring same indefinitely into the future.

12. As a further direct and proximate result of the aforesaid negligence and carelessness of the Defendant, the Plaintiff, ANDREW HARRIS, was caused to endure pain and suffering, and was unable to conduct his usual daily activities for a significant period of time.

13. As a further direct and proximate result of the aforesaid negligence and carelessness of the Defendant, the Plaintiff, ANDREW HARRIS, was caused to miss time from his employment, and suffered lost wages, and may well have suffered a loss in his earning capacity.

THE PLAINTIFF

By_____
Thomas A. Virgulto #407319
Hill & Hill, LLC
2E Samson Rock Drive, Meigswood
Madison, CT 06443
(203) 245-4900
(203) 245-1992 [Fax]
tvirgulto@hill-hill.com

A TRUE COPY
ATTEST:
GRANT CARRAGHER
CT STATE MARSHAL
AN INDIFFERENT PERSON

| | | |
|---|---|---|
| RETURN DATE: | : | SUPERIOR COURT |
| ANDREW HARRIS | : | J. D. OF NEW HAVEN |
| VS. | : | AT NEW HAVEN |
| LUIS A. VERA, ET AL | : | MAY 8, 2017 |

**STATEMENT OF AMOUNT IN DEMAND**

The Plaintiff hereby claims damages, exclusive of interest and costs, in excess of FIFTEEN THOUSAND AND 00/100 ($15,000.00) DOLLARS.

THE PLAINTIFF

By_____
Thomas A. Virgulto  #407319
Hill & Hill, LLC
2E Samson Rock Drive, Meigswood
Madison, CT 06443
(203) 245-4900
(203) 245-1992 [Fax]
tvirgulto@hill-hill.com

A TRUE COPY
ATTEST:
GRANT CARRAGHER
CT STATE MARSHAL
AN INDIFFERENT PERSON

**SERVICE OF PROCESS UPON**
THE DEPARTMENT OF MOTOR VEHICLES
J-24 Rev. 2-2012

**STATE OF CONNECTICUT**
**DEPARTMENT OF MOTOR VEHICLES**
TELEPHONE NUMBER: 1-800-842-8222
On The Web At ct.gov/dmv

**INSTRUCTIONS**
1. Print or type clearly.
2. Specify WRIT, SUBPOENA, or OTHER.
3. List defendant's name(s) and fill in amount, indicated below.
4. Make check payable to "DMV" DO NOT STAPLE check to this form.

**TYPE OF SERVICE**
[X] WRIT   [ ] SUBPOENA (No Fee)   [ ] OTHER (Specify)
[X] Service for nonresident in action for negligent operation of motor vehicle: $20
[ ] Service for motor vehicle owner or operator not found at his/her CT recorded address: $50

| | DEFENDANT'S NAME | AMOUNT |
|---|---|---|
| 1 | Vera, Luis A. 1115 82nd St.p Rear, North Bergen NJ 07047 | |
| 2 | McCoveys, S. Malabre (NY. D/L 803832633) 17 Sycamore Blvd. #1, Wingdale NY. 12593 | |
| 3 | Eastern Drayage Inc. 10 Jabez Street # 160, Newark NJ. 07105 | |
| 5 | | |
| | **TOTAL** | $ 60.00 |

DMV USE ONLY | AMOUNT RECEIVED

**REQUESTER:** Print or Type Your Name, Title, and Address (including Zip Code)

NAME OF REQUESTER: Grant Carragher
TITLE: State Marshal
ADDRESS (Number and Street): 340 Broad St Suite 206
(City or Town): Windsor
(State): CT
(Zip Code): 06095

DMV VALIDATION ABOVE